UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ULTA-LIT TREE CO., <br><br> *Plaintiff,* <br><br> v. <br><br> RUSLOW XIOUNG, a Chinese company, <br><br> *Defendant.* | Case No. 25-cv-4876 |

**CONSENT JUDGMENT**

Before the Court is Plaintiff Ulta-Lit's ("Plaintiff" or "Ulta-Lit") and Defendant Ruslow Xioung's ("Ruslow" or "Defendant") Joint Motion for Entry of Consent Judgment.

On May 2, 2025, Ulta-Lit filed its Complaint for Trade Dress infringement, unfair competition, and deceptive trade practices against Defendant (ECF No. 1).

Concurrent with its Complaint on May 2, 2025, Ulta-Lit also filed its *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Transfer of Control Over the Defendant Internet Stores, a Temporary Asset Restraint, an Order for Expedited Discovery, and Grating Permission to Effectuate Service of Process by Email and Electronic Publication (ECF No. 7, "Ulta-Lit's Motion").

On May 20, 2025, Ruslow filed its unopposed motion for a briefing schedule on Ulta-Lit's Motion for preliminary relief (ECF No. 16), and on June 3, 2025, Ruslow filed its Responsive to Ulta-Lit's Motion (ECF No. 18).

On June 10, 2025, Ulta-Lit filed its Reply in support of Ulta-Lit's Motion (ECF No. 19).

On June 19, 2025, before the Court issued a ruling on Ulta-Lit's Motion, the parties jointly moved to stay the litigation for thirty (30) days to allow the parties sufficient time to complete

their ongoing settlement talks.

The Court having reviewed the relevant filings of the parties, IT IS HEREBY ORDERED AND DECREED that:

1. This Court has jurisdiction of the subject matter and the parties and their respective agents under Title 35 of the United States Code, and 28 U.S.C. §§ 1331 and 1338(a).

2. Ulta-Lit is entitled to damages in the amount of $20,000.00, less any prior payments by Ruslow to Ulta-Lit under the terms of the Settlement Agreement, and Ulta-Lit's costs and fees (including attorneys' fees) for filing and executing this Consent Judgment.

3. The Asserted Ulta-Lit Trade Dress means Ulta-Lit's protected three-dimensional configuration represented by multiple views including: a) the Ulta-Lit Trademark Registration No. 7,245,520 (the "'520 Registration"); b) U.S. Trademark Application No. 99/063,955 (the "'955 Application"); and c) common-law protected elements in the configuration identified as the LightKeeper Pro® product.

4. Ruslow does not dispute that the Asserted Ulta-Lit Trade Dress is valid, protectable, and enforceable.

5. Ruslow's Infringing Products identified by the representative online listings attached as Exhibit D to the Complaint filed in the Litigation (ECF No. 1-4) and any product colorably similar gun-shaped light tester and/or repair electromechanical devices infringe the Asserted Ulta-Lit Trade Dress.

6. Ruslow and anyone working for or on its behalf, through or in concert with, or under the control or direction of Ruslow are enjoined from making, using, offering to sell, selling, or importing into the United States, directly or indirectly, or causing to be made, used, offered for sale, sold imported into the United States or supplied from the United States, directly or indirectly,

any product that infringes the Asserted Ulta-Lit Trade Dress.

7. Ruslow and anyone working for or on behalf, through or in concert with, or under the control or direction of Ruslow, are enjoined from inducing or contributing to the actions set forth in Paragraph 6 by others.

8. This matter shall be administratively closed after entry of this Order, but the Court shall retain jurisdiction and venue over the parties solely with respect to enforcement of this Order, and any disputes or controversies that may arise with regard thereto, which shall be exclusively brought before this Court for resolution thereof.

NOW THEREFORE, this Court enters FINAL JUDGMENT in favor of Plaintiff Ulta-Lit and against Defendant Ruslow, with each party to bear its own fees and costs.

IT IS SO ORDERED.

Entered: **7/11/2025**

**HONORABLE JEFFREY I. CUMMINGS**
**UNITED STATES DISTRICT JUDGE**